AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN TREVOR TURNER,

Petitioner,

v.

STATE OF GEORGIA, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV124-201

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 8, 2025, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, the Petition filed pursuant to 28 U.S.C § 2254 is dismissed without prejudice. Additionally, Petitioner is denied a certificate of appealability in which Petitioner is not entitled to appeal in forma pauperis. This case stands closed.

1/8/2025
Date

John E. Triplett, Clerk of Court
Clerk

*(signature)*

(By) Deputy Clerk

GAS Rev 10/2020